IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WILBURN D. JAMES                                                                                    PLAINTIFF

vs.                                              NO: 3:07CV00133BSM

SCHNEIDER NATIONAL CARRIERS, INC.                                             DEFENDANT

## ORDER

Pending before the court is defendant's motion to compel [Doc. No. 33]. Defendant asks that the court compel plaintiff to produce for inspection all photographs taken with the accident camera along with the negatives. Plaintiff has not responded to the motion.

Plaintiff brings this action seeking damages for injuries he sustained when his vehicle was struck by a vehicle owned by defendant. Defendant states that at the time of the accident plaintiff was its independent contractor, and that it provided its independent contractors accident cameras for use in the event of an accident. Defendant states that it found one of its accident cameras inside plaintiff's tractor showing that eight photographs had been taken by the camera.

It is clear that the information sought by defendant is relevant and discoverable. *See* Fed. R. Civ.26(b) (information is relevant if the discovery appears reasonably calculated to lead to discovery of admissible evidence).

Accordingly, the motion to compel [Doc. No. 33] is granted. Plaintiff is directed to produce the photographs and negatives within fifteen days of the date of this order.

IT IS SO ORDERED this 26th day of May, 2009.

*[signature: Brian S. Miller]*
_____
UNITED STATES DISTRICT JUDGE