## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

WILBURN D. JAMES,

    Plaintiff,

vs.                                  NO:   3:07CV00133 BSM

SCHNEIDER NATIONAL CARRIERS, INC.,

    Defendant.

## ORDER OF DISMISSAL

The court has been advised that all matters and things in controversy between the plaintiff and defendant have been resolved and this case should be dismissed with prejudice.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that plaintiff's cause of action against defendant is dismissed with prejudice.

ENTERED this 11th day of August, 2009.

_____
UNITED STATES DISTRICT JUDGE